

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

TERRY W. CHELGREN

v.

SOUTH HOLLAND SCHOOL DISTRICT #150

07CV6931
JUDGE PALLMEYER
MAG. JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRY W. CHELGREN

| | |
|---|---|
| NAME (Type or print) Lisa Kane | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | DEC 10 2007 FILED DEC 10 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| FIRM Lisa Kane & Associates, P.C. | |
| STREET ADDRESS 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06203093 | TELEPHONE NUMBER 312-606-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |