## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Terry W. Chelgren

Case Number: 07 C 6931

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

South Holland School District #150

| | |
|---|---|
| **NAME** (Type or print)<br>Russell T. Paarlberg | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Russell T. Paarlberg | |
| **FIRM**<br>Lanting, Paarlberg & Associates, Ltd. | |
| **STREET ADDRESS**<br>16230 Louis Ave. | |
| **CITY/STATE/ZIP**<br>South Holland, IL 60473 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>3127576 | **TELEPHONE NUMBER**<br>708-339-1070 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |