IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TERRY W. CHELGREN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6931 |
| | ) | |
| v. | ) | |
| | ) | |
| **SOUTH HOLLAND SCHOOL DISTRICT #150,** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

NOW COMES Defendant, SOUTH HOLLAND SCHOOL DISTRICT #150, by its counsel, Lanting, Paarlberg & Associates, Ltd., and pursuant to Federal Rule of Civil Procedure 12(b)(6) moves this Court to dismiss the Complaint of Plaintiff, TERRY W. CHELGREN, for the reasons set forth in Defendant's Supporting Memorandum of Law, attached hereto and filed herewith.

                                                                     Respectfully submitted,

                                                                     SOUTH HOLLAND SCHOOL
                                                                     DISTRICT #150

                                                  By:    <u>s/ Russell T. Paarlberg</u>

Lanting, Paarlberg & Associates, Ltd.
Attorney for Defendant
16230 Louis Ave.
South Holland, IL  60473
708-339-1070
ARDC No. 3127576