**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TERRY W. CHELGREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 07 C 6931** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SOUTH HOLLAND SCHOOL** | ) | |
| **DISTRICT #150,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

**To:    Lisa Kane & Associates, P.C.**
120 South LaSalle St.
Suite 1420
Chicago, IL 60603

PLEASE TAKE NOTICE that on Tuesday, January 8, 2008, at 8:45 a.m. I shall appear before the Honorable Judge Pallmeyer, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Room 2718, Chicago, Illinois, and then and there present Motion to Dismiss the complaint, a copy of which has been served upon you.

School District no. 150

BY:   /s/ Russell T. Paarlberg            .
Its Attorney

**CERTIFICATE OF SERVICE**

I, certify that on January 2, 2008 I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**Lisa Kane & Associates, P.C.**
120 South LaSalle St.,Suite 1420
Chicago, IL 60603

/s/ Russell T. Paarlberg                  .
Russell T. Paarlberg

Russell T. Paarlberg
Lanting, Paarlberg & Associates, Ltd.
16230 Louis Avenue
South Holland, Illinois 60473
(708) 339-1070
Attorney Number 3127576