# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6931 | **DATE** | 1/8/2008 |
| **CASE TITLE** | Terry W. Chelgren vs. South Holland School District #150 | | |

**DOCKET ENTRY TEXT**

Reply in support of Defendant's motion to dismiss pursuant to Rule 12(b)(6) [13] to be filed by or on 1/22/2008. Ruling set for 2/13/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|