IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TERRY W. CHELGREN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6931 |
| | ) | |
| v. | ) | |
| | ) | |
| **SOUTH HOLLAND SCHOOL** | ) | |
| **DISTRICT #150,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

**To:** Lisa Kane & Associates, P.C.
120 South LaSalle St.
Suite 1420
Chicago, IL 60603

PLEASE TAKE NOTICE that on January 15, 2008, the Defendant filed the attached Reply in Suppor to Rule 12(b)(6) Motion to Dismiss, a copy of which is hereby served upon you.

                School District no. 150

                BY:   /s/ Russell T. Paarlberg           .
                       Its Attorney

**CERTIFICATE OF SERVICE**

      I, Russell T. Paarlberg, being first duly sworn upon oath state that I am one of the Attorneys for the Defendant in the above titled cause and that I caused to be served this Notice of Filing and Motion to Dismiss and supporting Memorandum of Law on January 15, 2008, by mailing the same in an envelope addressed to the above attorneys with proper postage prepaid, at or before 5:00 p.m.

                 /s/ Russell T. Paarlberg                 .
                  Russell T. Paarlberg

Russell T. Paarlberg
Lanting, Paarlberg & Associates, Ltd.
16230 Louis Avenue
South Holland, Illinois 60473
(708) 339-1070
Attorney Number 3127576