IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TERRY W. CHELGREN,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SOUTH HOLLAND SCHOOL DISTRICT #150,** <br><br> **Defendant.** | No. 07 CV 6931 <br><br> Hon. Rebecca R. Pallmeyer <br> Judge Presiding <br><br> Magistrate J. Brown |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER* PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, TERRY W. CHELGREN, by and through her counsel, LISA KANE & ASSOCIATES, P.C., respectfully requests this Honorable Court to grant her leave to file *instanter* Plaintiff's First Amended Complaint, attached hereto as Exhibit A, under Rule 15(a) of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1.  On December 10, 2007, Plaintiff filed her Complaint in this matter, alleging that she was subjected to racial discrimination 42 U.S.C. § 1981.

2.  Prior to filing suit in this matter, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") on November 14, 2007. The EEOC has recently issued a Notice of Right to Sue on this charge.

3.  Based on the issuance of the Notice of Right to Sue, Plaintiff now seeks to file the attached First Amended Complaint *instanter*, which incorporates the Notice of Right to Sue and presents a claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. in addition to the § 1981 claim.

WHEREFORE, Plaintiff requests that this Court grant her leave to file *instanter* her First

Amended Complaint, attached hereto, pursuant to Rule 15(a), or for such other relief that the Court deems necessary and proper in the public interest.

                                        Respectfully submitted,
                                        TERRY W. CHELGREN, Plaintiff,

                                  By s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, IL 60603
(312) 606-0383
Attorney Code No. 06203093