## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6931 | **DATE** | 2/6/2008 |
| **CASE TITLE** | Terry W. Chelgren vs. South Holland School District #150 | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file *instanter* Plaintiff's First Amended Complaint [20] granted. Ruling date of 2/13/2008 on motion to dismiss Count I to stand.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|