

**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5054 2207

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

January 22, 2008

Ms. Terry W. Chelgren
c/o Lisa Kane, Esquire
Law Offices of Lisa Kane & Assocs.
Attorneys at Law
120 S. LaSalle St., Ste. 1420
Chicago, IL  60603

Re:  EEOC Charge Against South Holland School Dist. #150
     No. 440200800829

Dear Ms. Chelgren:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                Sincerely,

                                Grace Chung Becker
                          Acting Assistant Attorney General
                                Civil Rights Division

                          by  *Karen J. Ferguson*
                                Karen L. Ferguson
                          Supervisory Civil Rights Analyst
                             Employment Litigation Section

cc:  Chicago District Office, EEOC
     South Holland School Dist. #150

JAN 28 2008