IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY W. CHELGREN,<br><br>               Plaintiff,<br><br>   v.<br><br>SOUTH HOLLAND SCHOOL DISTRICT #150,<br><br>               Defendant. | No. 07 CV 6931<br><br>Hon. Rebecca R. Pallmeyer<br> Judge Presiding<br><br>Magistrate J. Brown |

## NOTICE OF FILING

TO:    Russell T. Paarlberg, Esquire
         Lanting, Paarlberg & Associates, Ltd.
         16230 Louis Ave
         South Holland, Illinois 60473

      PLEASE TAKE NOTICE that on **_Thursday, February 7, 2008,_** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following:  First Amended Complaint.

                                              s/Lisa Kane
                                              Lisa Kane, Attorney for Plaintiff

## PROOF OF SERVICE

      I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, by ECF, this 7th day of February, 2008, before the hour of 5:00 P.M.

                                              s/Lisa Kane
                                              Lisa Kane, Attorney for Plaintiff