IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY W. CHELGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6931 |
| | ) | |
| SOUTH HOLLAND SCHOOL DISTRICT, #150, | ) ) | Hon. Rebecca Pallmeyer Judge Presiding |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 7, 2008, telephonically, and was attended by:

Janice Wegner for Plaintiff

Russell Paarlberg for Defendant

2. **Pre-Discovery Disclosures.** The parties have exchanged (or) will exchange by February 27, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiff's claims of race discrimination, Defendant's defenses, and damages.

The parties jointly propose that all discovery commenced in time to be completed by July 30, 2008.

The parties do not anticipate any modifications will be necessary to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules.

Plaintiff estimates eight to ten depositions will be necessary, however, once Rule 26(a)(1) Disclosures have been exchanged, counsel for Plaintiff will be in a position to be more definitive. Defendant presently estimates one (1) deposition will be necessary, but may require additional depositions depending on the course of discovery.

The parties do not anticipate the use of experts at this time subject to issues found during discovery and/or following Rule 26(a)(1) Disclosures. Should the parties find otherwise, an appropriate motion will be made.

Supplementation required under Rule 26(e) will be in accordance with that Rule.

4. **OTHER ITEMS.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference sixty (60) days after the Court rules on dispositive motions.

Plaintiff should be allowed until April 30, 2008 to join additional parties and to amend the pleadings.

Defendants should be allowed until April 30, 2008 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by August 30, 2008.

Final Pretrial order: Plaintiff to prepare proposed draft thirty (30) days after ruling on any dispositive motion; parties to file joint final pretrial order within forty-five (45) days of ruling on any dispositive motion.

The case should be ready for trial by October of 2008 and at this time is expected to take approximately three (3) to four (4) days.

**OTHER MATTERS:**

Settlement: Plaintiff's attorney contacted the attorney for Defendant in December of 2007 regarding Defendant's interest in settlement and was advised that Defendant was uninterested in settlement, especially with a Motion to Dismiss pending. Plaintiff has not made a demand given Defendant's position on the Motion to Dismiss. Respectfully, plaintiff's counsel will be in a position to made a demand on February 13, 2008, upon the ruling on the Motion to Dismiss and is hopeful the parties will be in a position to engage in fruitful settlement discussions.

The parties **DO NOT consent unanimously to proceed before a Magistrate Judge.**

Dated: February 11, 2008


s/ Lisa Kane
LISA KANE
LISA KANE & ASSOCIATES, P.C.
ATTORNEY FOR PLAINTIFF
120 SOUTH LA SALLE STREET
SUITE 1420
CHICAGO, ILLINOIS 60603
(312) 606-0383
ATTORNEY CODE NO. 06203093

RUSSELL T. PAARLBERG
LANTING, PAARLBERG
 & ASSOCIATES, LTD.
ATTORNEY FOR DEFENDANT
16230 LOUIS AVENUE
SOUTH HOLLAND, ILLINOIS 60473
(708) 339-1070
ATTORNEY CODE NO. 3127576