# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6931 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Terry W. Chelgren vs. South Holland School District #150 | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's motion to dismiss pursuant to Rule 12(b)(6) [13] denied. Rule 26(a)(1) disclosures to be made by 2/27/2008. Plaintiff and Defendants allowed until 4/30/2008 to join additional parties and to amend the pleadings. Discovery to be completed by 7/30/2008. Dispositive motions due 8/29/2008. Status hearing set for 4/17/2008 at 9:00.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|