28-9989-00-6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY W. CHELGREN, | ) | |
| | ) | |
| Plaintiff(s) | ) | No. 07 C 6931 |
| | ) | |
| v. | ) | Judge: Pallmeyer |
| | ) | Magistrate Judge Brown |
| SOUTH HOLLAND SCHOOL DISTRICT, #150, | ) | |
| | ) | |
| Defendant(s) | ) | |

**MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE OF COUNSEL**

NOW COMES Defendant, SOUTH HOLLAND SCHOOL DISTRICT 150, and moves this Honorable Court to allow it to file the additional Appearances of counsel and in support thereof, states as follows:

1. Defendant is currently represented by Russell T. Paarlberg and Lanting, Paarlberg & Associates, Ltd., in this case.

2. Defendant wishes to have John M. Hynes, Paige M. Neel, Jack J. Murphy and Clausen Miller P.C. appear as additional counsel.

3. Russell T. Paarlberg and Lanting, Paarlberg & Associates, Ltd. do not object to Mr. Hynes, Ms. Neel, Mr. Murphy and Clausen Miller P.C. appearing as counsel.

4. Mr. Hynes, Ms. Neel and Mr. Murphy attach their Appearance hereto as <u>Exhibit A</u>.

5. The addition of counsel will not delay the proceedings.

1188145.1

WHEREFORE, Defendant, SOUTH HOLLAND SCHOOL DISTRICT 150, respectfully requests this Honorable Court enter an Order allowing John M. Hynes, Paige M. Neel, Jack J. Murphy and Clausen Miller P.C., to appear as additional counsel.

Respectfully submitted,

*/s/ Paige M. Neel*<br>CLAUSEN MILLER P.C.

JOHN M. HYNES - ARDC 3125659
PAIGE M. NEEL - ARDC 6279324
JACK J. MURPHY - ARDC 6288439
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for: Defendant, SOUTH HOLLAND SCHOOL DISTRICT 150

1188145.1

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

The undersigned hereby certifies that a true and correct copy of Defendant's Motion for Leave to Appear was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record on June 6, 2008.

                 Respectfully submitted,

                 */s/ Paige M. Neel*
                 CLAUSEN MILLER P.C.

1188145.1

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>TERRY W. CHELGREN<br>V.<br>SOUTH HOLLAND SCHOOL DISTRICT #150 | Case Number: 07 C 6931 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SOUTH HOLLAND SCHOOL DISTRICT 150

| NAME (Type or print) |
|---|
| JOHN M. HYNES |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ JOHN M. HYNES |

| FIRM |
|---|
| CLAUSEN MILLER P.C. |

| STREET ADDRESS |
|---|
| 10 S. LA SALLE STREET |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3125659 | 312.855.1010 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                      Case Number: 07 C 6931
TERRY W. CHELGREN
V.
SOUTH HOLLAND SCHOOL DISTRICT #150

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SOUTH HOLLAND SCHOOL DISTRICT 150

| |
|---|
| NAME (Type or print)<br>PAIGE M. NEEL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ PAIGE M. NEEL |
| FIRM<br>CLAUSEN MILLER P.C. |
| STREET ADDRESS<br>10 S. LA SALLE STREET |
| CITY/STATE/ZIP<br>CHICAGO, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6279324    TELEPHONE NUMBER: 312.855.1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of　　　　　　　　　　　　　　　　　　Case Number: 07 C 6931
TERRY W. CHELGREN
V.
SOUTH HOLLAND SCHOOL DISTRICT #150

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SOUTH HOLLAND SCHOOL DISTRICT 150

| |
|---|
| NAME (Type or print)<br>JACK J. MURPHY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ JACK J. MURPHY |
| FIRM<br>CLAUSEN MILLER P.C. |
| STREET ADDRESS<br>10 S. LA SALLE STREET |
| CITY/STATE/ZIP<br>CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288439 | TELEPHONE NUMBER<br>312.855.1010 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |