28-9989-00-6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY W. CHELGREN,<br><br>    Plaintiff(s)<br><br>v.<br><br>SOUTH HOLLAND SCHOOL DISTRICT, #150,<br><br>    Defendant(s) | No. 07 C 6931<br><br>Judge: Pallmeyer<br>Magistrate Judge Brown |

## NOTICE OF MOTION

To: Lisa Kane & Associates, 120 S. LaSalle Street, Suite 1420, Chicago, IL 60603
Lanting, Paarlberg & Associates, 16230 Louis Avenue, South Holland, IL 60473

PLEASE TAKE NOTICE that on the 12th day of June, 2008, at 8:45 A.M., or as soon thereafter as counsel may be heard, we shall appear before Judge Pallmeyer in the room usually occupied by her as a courtroom in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in her absence, before any judge sitting in her stead, and then and there present Motion for Leave to File, a copy of which is attached hereto and herewith served upon you.

/s/ *Paige M. Neel*
CLAUSEN MILLER P.C.

JOHN M. HYNES - ARDC 3125659
PAIGE M. NEEL - ARDC 6279324
JACK J. MURPHY - ARDC 6288439
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for: Defendant, SOUTH HOLLAND SCHOOL DISTRICT 150

1188163.1

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

The undersigned hereby certifies that a true and correct copy of Defendant's Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record on June 6, 2008.

Respectfully submitted,

*/s/ Paige M. Neel*
CLAUSEN MILLER P.C.