# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6931 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Terry W. Chelgren vs. South Holland School District, #150 | | |

**DOCKET ENTRY TEXT**

Defendant's motion for leave to file additional appearances (31), *instanter*, of counsel John M. Hynes, Paige M. Neel, Jack J. Murphy, and Clausen Miller P.C. is granted

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|