# DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

TERRY W. CHELGREN
V.
SOUTH HOLLAND SCHOOL DISTRICT #150

Case Number: 07 C 6931

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SOUTH HOLLAND SCHOOL DISTRICT 150

| | |
|---|---|
| NAME (Type or print) <br> JACK J. MURPHY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JACK J. MURPHY | |
| FIRM <br> CLAUSEN MILLER P.C. | |
| STREET ADDRESS <br> 10 S. LA SALLE STREET | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288439 | TELEPHONE NUMBER <br> 312.855.1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |