# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6931 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Terry W. Chelgren vs. South Holland School District #150 | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/18./2008. Dispositive motions extended to 9/3/2008.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|