## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6931 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Terry W. Chelgren vs. South Holland School District, #150 | | |

**DOCKET ENTRY TEXT**

The parties stipulate as follows: Discovery close date extended to 8/28/2008. Dispositive motion date extended to 9/30/2008. Enter Proposed Agreed Order. Status hearing set for 10/7/2008 at 9:00.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|