IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY W. CHELGREN, | ) | |
| | ) | |
| Plaintiff(s) | ) | No. 07 C 6931 |
| | ) | |
| v. | ) | Judge: Pallmeyer |
| | ) | Magistrate Judge Brown |
| SOUTH HOLLAND SCHOOL DISTRICT, #150, | ) | |
| | ) | |
| Defendant(s) | ) | |

**Proposed Agreed Order**

NOW COME PLAINTIFF, Terry W. Chelgren, by and through her attorneys LISA KANE & Associates and DEFENDANT, South Holland School District 150, by and through its attorneys, CLAUSEN MILLER, P.C. and for their proposed agreed order to extend the discovery closure date and reset the dispositive motion schedule, stipulate as follows:

1. By order entered February 13, 2008, discovery in the above referenced matter is set to close on July 30, 2008. (Doc. No. 27). By order entered on June 18, 2008, dispositive motions are extended to September 3, 2008. (Doc. No. 37).

2. Due to difficulty scheduling depositions for non-party witnesses, parties are unable to complete discovery by July 30, 2008. Between the parties, three depositions are left to be taken.

3. Parties respectfully request that this Honorable Court enter the following agreed upon schedule for completion of discovery and dispositive motions:

   a. Discovery to close on August 28, 2008.
   b. Dispositive Motion be filed by September 30, 2008.

1196941.1

    4.    Parties shall diligently work to complete discovery within the time period.

Further, parties apologize profusely for the lateness of this proposed order.

Date:  August 1, 2008

                                HON. J. REBECCA R. PALLMEYER
                                UNITED   STATES   DISTRICT   JUDGE

                                BY:_____